**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1880

TERRY S. KING,

Plaintiff - Appellant,

versus

MARRIOTT INTERNATIONAL, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  Patrick Michael Duffy, District Judge.  (9:05-cv-01774-PMD)

Submitted:  February 11, 2008      Decided:  February 29, 2008

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terry S. King, Appellant Pro Se.  Michael Montgomery Shetterly, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry King appeals the district court's orders adopting the magistrate judge's recommendation to grant summary judgment to Marriott International, Inc. on King's claim of retaliation under the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634 (2000), and on King's state law contract claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See King v. Marriott Int'l, Inc., No. 9:05-cv-01774-PMD (D.S.C. Mar. 3, June 19, and Aug. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED